CM/ECF hrg4tel
(09/14/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  James Green and Margie Green  )   Case No.: 21–11974–JDW
       Debtor(s)  )   Chapter: 13
      )   Judge: Jason D. Woodard
      )
      )

PLEASE TAKE NOTICE that a **TELEPHONIC** evidentiary hearing will be held

on 2/22/22 at 01:30 PM

to consider and act upon the following:

*38* – Objection to Confirmation of Chapter 13 Plan Filed by Locke D. Barkley on behalf of Locke D. Barkley (Barkley, Locke)

This matter **will be held telephonically**. All attorneys, parties and other interested parties appearing should follow the dial in instructions below:

1) Complete the dial in instructions below at least 5 minutes prior to the time of the hearing.

2) Dial 877–336–1829, and when prompted, enter access code 5667710#.

3) Once you are connected to the call, identify yourself by stating your name.

4) Once your telephonic presence is acknowledged by the courtroom deputy, please mute your phone until further notice from the Court.

5) Do not place the call on hold at any time during the call as this may lead to disturbing noises for the other call participants.

Should you experience difficulties connecting to the telephonic hearing, please contact the Clerk's Office at 662–369–2596.

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 12/27/21

                                              Shallanda J. Clay
                                              Clerk, U.S. Bankruptcy Court

                                              BY: VSD
                                                  Deputy Clerk