**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                      CHAPTER 13 CASE NO:

**JAMES GREEN**                                            **21-11974-JDW**
**155 WEAVER DR**
**HOLLY SPRINGS, MS 38635**

---

**NOTICE TO DEBTOR**

---

      NOTICE is hereby given that your plan payment will change from **$4,113.00 monthly** to **$4,669.00 monthly** effective in <u>**04/2022.**</u>

      The reason for the changes in your plan payment is:

____    Due to a change in your monthly mortgage payment.

<u> XX </u>    Due to a claim being filed for a different amount than scheduled.

____    Due to entry of an order.

____    Other: _____

      **If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

      **If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

      **If you are paying direct**, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date: March 10, 2022

                                                                            Sincerely,

                                                                            <u>/s/Locke D. Barkley</u>
                                                                            Chapter 13 Trustee

CC:      SCHNELLER AND LOMENICK, P.A.
           PO BOX 417
           HOLLY SPRINGS, MS 38635

**CERTIFICATE OF SERVICE**

      I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  March 10, 2022

                                                  /s/ Locke D. Barkley
                                                LOCKE D. BARKLEY
                                                CHAPTER 13 TRUSTEE