CM/ECF hrg4
(Rev. 08/02/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  James Green and Margie Green | ) | Case No.: 21–11974–JDW |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 2/21/23 at 01:30 PM

to consider and act upon the following:

*55* – Trustee's Notice and Motion to Dismiss Case for Failure to Make Plan
Payments . Responses due by 1/6/2023. (Barkley, Locke)

Please note that a corporation, partnership, trust, or other business entity, other than a sole
proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 1/4/23

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: EL
Deputy Clerk